**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| CONAGRA TRADE GROUP, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 4:07-CV-37 CAS |
| | ) | |
| AEP MEMCO LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER OF TRANSFER

This matter is before the Court on defendant AEP MEMCO LLC's Motion to Transfer [Doc. 10], in which it requests that this matter be transferred to the United States District Court for the Eastern District of Louisiana. Plaintiff ConAgra Trade Group, Inc. has filed a Consent To Motion to Transfer, in which it joins in the request to transfer the case to the Eastern District of Louisiana for the convenience of the parties. For good cause shown, the Court will grant the motion to transfer. Accordingly,

**IT IS HEREBY ORDERED** that defendant AEP MEMCO LLC's Motion to Transfer is **GRANTED**. [Doc. 10]

**IT IS FURTHER ORDERED** that this matter is **TRANSFERRED** to the United States District Court for the Eastern District of Louisiana for all further proceedings.

_____
**CHARLES A. SHAW
UNITED STATES DISTRICT JUDGE**

Dated this __19th__ day of April, 2007.